UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN GONZALEZ, et al., | ) |
| | ) Case No. 17 C 7080 |
| Plaintiffs, | ) |
| v. | ) Judge Steven C. Seeger |
| | ) |
| MICHAEL G. SCALETTA, et al., | ) Magistrate Judge Sheila Finnegan |
| | ) |
| Defendants. | ) |

## STATEMENT REGARDING WITNESSES AND EVIDENCE FOR HEARING OF MARCH 3, 2021

I, Irene K. Dymkar, state as follows:

1) I am one of plaintiffs' counsel in the above-captioned lawsuit.

2) On February 11, 2021, the Court ruled:

> If any party plans to offer any exhibits at the hearing, or plans to call any other witness, that party must file a statement with the Court, disclose the other witness(es), and file a copy of the proposed exhibits no later than three business days before the hearing.

Doc. 147.

3) Plaintiffs continue to strongly object to the hearing for all the reasons set forth in their motions. Docs. 148, 149, 150, 152. The Court has not yet ruled on these motions.

4) Plaintiffs continue to demand a jury trial.

5) If the Court proceeds with the hearing over the objection of plaintiffs, it appears from the filing by defendants that they are intending to introduce the audio of the Rule 341 meeting held on January 4, 2019, by bankruptcy trustee, Phillip D. Levey, in case number 17-00895, United States Bankruptcy Court for the Northern District of Illinois, that plaintiffs recently obtained from the trustee and sent to defendants. It is not clear from the filing whether

the audio file has been properly filed by defendants under the new filing procedures. Hence, plaintiffs are also attempting to file the audio of the hearing with this statement, as Exhibit A.

      6)      By making this audio available as an exhibit to the Court, plaintiffs in no way waive their right to a jury trial on all the issues in this case.

Dated: February 26, 2021                                        /s/   Irene K. Dymkar
                                                                                           Irene K. Dymkar

## CERTIFICATE OF SERVICE

I, Irene K. Dymkar, an attorney, certify that on the 26th day of February, 2021, this statement was served upon the attorneys for defendants named below through the Court's electronic filing system.

                                     Scott Cohen
                                     Bret A. Kabacinski
                                     Emily E. Dory
                                     City of Chicago Department of Law
                                     2 N. LaSalle Street, Suite 420
                                     Chicago, IL 60602

Dated: February 26, 2021                                        /s/   Irene K. Dymkar
                                                                                           Irene K. Dymkar