UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN GONZALEZ, et al., | ) |
| | ) Case No. 17 C 7080 |
| Plaintiffs, | ) |
| v. | ) Judge Steven C. Seeger |
| | ) |
| MICHAEL G. SCALETTA, et al., | ) Magistrate Judge Sheila Finnegan |
| | ) |
| Defendants. | ) |

**JOINT STATEMENT PURSUANT TO COURT ORDER OF FEBRUARY 11, 2021**

Pursuant to this Court's order of February 11, 2021 (Doc. 147), the parties state that they do not jointly request a settlement conference.

Date: March 17, 2021

| /s/   Irene K.Dymkar | /s/   Bret A. Kabacinski |
|---|---|
| Irene K. Dymkar | Bret A. Kabacinski |

Plaintiffs' Attorneys:

Irene K. Dymkar
Shamoyita M. DasGupta
Law Offices of Irene K. Dymkar
53 West Jackson, Suite 733
Chicago, IL 60604

Defendants' Attorneys:

Scott Cohen
Bret A. Kabacinski
Emily E. Dory
City of Chicago Department of Law
2 N. LaSalle Street, Suite 420
Chicago, IL 60602

## **CERTIFICATE OF SERVICE**

     I, Irene K. Dymkar, an attorney, certify that on the 17th day of March, 2021, a copy of the JOINT STATEMENT PURSUANT TO COURT ORDER OF FEBRUARY 11, 2021 was served upon the attorneys for defendants named below through the Court's electronic filing system.

                       Scott Cohen
                       Bret A. Kabacinksi
                       Emily E. Dory
                       2 N. LaSalle Street, Suite 420
                       Chicago, IL 60602

Dated: March 17, 2021                                         /s/   Irene K. Dymkar
                                                                        Irene K. Dymkar