**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Juan Gonzalez, et al.
                                    Plaintiff,

v.                                                           Case No.: 1:17−cv−07080
                                                                      Honorable Steven C. Seeger

Michael G. Scaletta, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 29, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: By November 19, 2020, Plaintiffs' counsel must file a brief and show cause why they should not be sanctioned for the statements made to the Court as discussed in its Memorandum Opinion and Order dated September 15, 2021. The Court calls special attention to the statements that the Court highlighted in the last five pages of the Opinion. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.