# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Juan Gonzalez, et al.

                              Plaintiff,

v.                                                    Case No.: 1:17−cv−07080
                                                      Honorable Steven C. Seeger

Michael G. Scaletta, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 25, 2022:

     MINUTE entry before the Honorable Steven C. Seeger: The parties filed stipulations of dismissal (Dckt. Nos. [220], [221]), which are self−effectuating under Rule 41(a)(1)(A)(ii). The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.