UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN GONZALEZ, et al., | ) |
| | ) Case No. 17 C 7080 |
| Plaintiffs, | ) |
| v. | ) Judge Steven C. Seeger |
| | ) |
| MICHAEL G. SCALETTA, et al., | ) Magistrate Judge Sheila Finnegan |
| | ) |
| Defendants. | ) |

**STATEMENT PURSUANT TO ORDER OF APRIL 25, 2022**

The undersigned hereby acknowledges that she has read this Court's order of April 25, 2022 (Doc. 225) and will comply.


Date: April 28, 2022                          /s/ Irene K.Dymkar
                                                              Irene K. Dymkar


Plaintiffs' Attorneys:

Irene K. Dymkar
Shamoyita M. DasGupta
Law Offices of Irene K. Dymkar
53 West Jackson, Suite 733
Chicago, IL 60604
(312) 345-0123

**CERTIFICATE OF SERVICE**

      I, Irene K. Dymkar, an attorney, certify that on the 28th day of April, 2022, a copy of the STATEMENT OF ATTORNEY IRENE K. DYMKAR PURSUANT TO ORDER OF APRIL 25, 2022 was served upon the attorney for defendants named below through the Court's electronic filing system.

      Scott Cohen
      City of Chicago Department of Law
      2 N. LaSalle Street, Suite 420
      Chicago, IL 60602

Dated: April 28, 2022        /s/ Irene K. Dymkar
                              Irene K. Dymkar